UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dallas Kim Schultz,

      Plaintiff,                             Case No. 11-10611

v.                                           Hon. Nancy G. Edmunds

Commissioner of Social Security,

      Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's Objections if any, the Court finds that the Magistrate reached the correct conclusion in the Report and Recommendation.  Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant's Motion for Summary Judgment [#12] is DENIED, Plaintiff's Motion for Summary Judgment [#10] is GRANTED, and pursuant to sentence four of 42 U.S.C. § 405(g), this matter is hereby REMANDED to the Secretary of Health and Human Services for further proceedings.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated:  February 21, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 21, 2012, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager